**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-2285**

———————————

IDA HAWKINS,

                                        Plaintiff - Appellant,

        versus

GUY GARHEART, in his individual capacity as
Chief of Police; BRUCE HERSHFIELD, Dr., in his
individual capacity as Superintendent, Spring-
field State Hospital,

                                        Defendants - Appellees,

        and

RICKY LEE HINKLE; STATE OF MARYLAND,

                                        Defendants.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frank A. Kaufman, Senior District Judge.
(CA-94-2922-K)

———————————

Submitted:  March 21, 1996          Decided:  March 29, 1996

———————————

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ida Hawkins, Appellant Pro Se.  Lawrence Paul Fletcher-Hill, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on her 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hawkins v. Garheart</u>, No. CA-94-2922-K (D. Md. June 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>